**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:   Cigna Healthcare of Texas, Inc., Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company v. S J Associated Pathologist, PLLC

Appellate case number:   01-20-00156-CV

Trial court case number:   2019-79138

Trial court:               190th District Court of Harris County

Appellants' "Opposed Motion to Review Order Denying Request for Supersedeas and Emergency Stay Motion" is DENIED. Appellants' request to alternatively consider the motion as a mandamus petition is DENIED.

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                              Acting individually



Date:   ___December 23, 2020_____